AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 13 2009
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA
V.

JOHNNY GREEN

**SUMMONS IN A CRIMINAL CASE**

Case Number: 4:08CR00438-01 HDY

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| Place: **Richard Sheppard Arnold United States Courthouse** **500 W Capitol Avenue** **Little Rock, Arkansas 72201** Before: **H. David Young, U.S. Magistrate Judge** | Room **2-B** |
|---|---|
| | Date and Time **January 13, 2009, 10:00 a.m.** |

To answer a(n)
☐ Indictment   ☒ Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☒ Violation Notice

Charging you with a violation of Title(s) 36 Code of Federal Regulations, Section(s) 261.15

Brief description of offense:

**Failure to Pay Day Use Fee**, as further explained in the attached document.

CVB Ticket No. F4194654, previously issued to you.

JAMES W. McCORMACK, CLERK
Name and Title of Issuing Officer

_Signature of Issuing Officer_

December 23, 2008

RECEIVED 08 DEC 23 PM 12:52 U.S. MARSHAL EASTERN ARKANSAS

| RETURN OF SERVICE | |
|---|---|
| Date 12/29/08 | |

Service was made by me on:[4] Johnny Green

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: Clarksville, AR

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 12/29/08
        Date

Richard O'Connell
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:
X _JWL_

DUSM Lowders served Johnny Green in person. He stated he wanted to pay the fine. Green was given the phone number of the Little Rock Clerk's office.

1 DUSM 3 hours 120 miles Roundtrip.

---

[4] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.